AP-77,025
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/12/2015 6:03:24 PM
Accepted 1/13/2015 9:17:44 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

Janaury 13, 2015

ABEL ACOSTA, CLERK

# No. AP-77,025

In the
Texas Court of Criminal Appeals
At Austin

———◆———

## No. 1384794
In the 337th Criminal District Court
Of Harris County, Texas

———◆———

# OBEL CRUZ-GARCIA

*Appellant*

V.

# THE STATE OF TEXAS

*Appellee*

———◆———

## STATE'S SECOND MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLATE BRIEF

———◆———

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 68.2(c) moves

for an extension of time within which to file its appellate brief. In support

of its motion, the State submits the following:

1. Appellant was charged by indictment with the felony offense of capital murder.

2. The case was tried before a jury who found appellant guilty as charged.

3. The jury answered the special issues.

4. The trial court assessed punishment at death, in accordance with Texas Code of Criminal Procedure article 37.071 section 2(g).

5. Sentence was entered July 22, 2013.

6. Direct appeal to this Court is automatic.

7. Appellant's brief was filed on September 15, 2014, after receiving extensions from this Court for a period of nine months.

8. After one extension of 90 days, the State's appellate brief is due on January 13, 2015.

9. The State seeks an additional extension of 90 days to file its brief, until April 13, 2015.

10. The following facts are relied upon to show good cause for the requested extension:

     a.  During the previous 90 days, the undersigned attorney has filed 5 appellate briefs, two of which are PDR's to this Court, *Jessica Tata v. State* and *Gary Wayne Wilson v. State.*

     b.  As part of her duties as the appellate team member for the Crimes Against Children Division, the undersigned attorney has spent considerable time in researching, planning and drafting two criminal statutes as well as bill analysis for this legislative session – online solicitation of a minor and failure to report child abuse.

     c.  As part of her duties as an appellate team member to the felony courts, the undersigned attorney has completed 46 research projects for trial lawyers assigned to her in the last 90 days.

     d.  During the last 90 days, the undersigned attorney has three times represented her office by presenting courses for Continuing Legal Education – "Top Ten Trial Mistakes" in October of 2014 for the Harris County DA's office, "From the Fire to the Courthouse" also in October 2014 for NALS (Association of Legal Professionals), and "The Prosecutor's Evidence Primer" in January 2015 for TDCAA's Prosecutor Trial Skills Course.

e.   The undersigned attorney also handled the direct appeal of the co-defendant in this case. It is set for oral argument in the Fourteenth Court of Appeals on February 3, 2015, *Rogelio Aviles-Barroso v. State*, which requires preparation as complex issues have been raised.

f.   The undersigned attorney has an article due for The Texas Prosecutor, the official journal of TDCAA, on February 6, 2015.

g.   The Appellate Division of the Harris County's DA's office is currently operating with less prosecutors, resulting in a higher workload. As of this month, two prosecutors will have left the division (one elected to this Court and another called up by the Navy). There are plans to only replace one of those positions at the end of the month.

h.   The appellate record in the present case is voluminous, consisting of 35 volumes. Appellant brings 12 points of error on appeal.

i.   The undersigned attorney is responsible for filing appellate briefs in three other cases assigned to her, as well as a petition for discretionary review to this Court in *Osmin Peraza v. State* this month.

j.   The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until April 13, 2015.

Respectfully submitted,

*/s/ Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
State Bar Number: 24029415

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on January 12, 2015,

a copy of the foregoing was sent to the following:

Wayne T. Hill
Attorney at Law
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
wthlaw@aol.com

*/s/ Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar Number: 24029415
akins_jessica@dao.hctx.net